IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **RICKY WELLS,**<br>*Plaintiff,*<br>vs.<br><br>**CNA FINANCIAL CORPORATION DBA CNA and VALLEY FORGE INSURANCE COMPANY**,<br>*Defendant.* | **Civil Action No. 4:23-CV-143**<br>**Judge Mazzant** |

**PLAINTIFF'S UNOPPOSED PARTIAL MOTION TO DISMISS AND UNOPPOSED MOTION TO AMEND THE CASE HEADING**

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW**, the above captioned Plaintiff complaining of and against the above captioned Defendant, and for cause of action would respectfully show the Court as follows:

**MOTION TO DISMISS**

1. Plaintiff moves to dismiss all causes of action against Defendants CNA FINANCIAL CORPORATION and CNA FINANCIAL CORPORATION dba CNA.

2. After conference with counsel for the Defendants, Plaintiff believes that the correct corporate party to this suit is Valley Forge Insurance Company and would move forward solely against that party.

3. Plaintiff has conferenced with Defense Counsel who is unopposed to this motion.

**MOTION TO AMEND CASE HEADING**

4. Plaintiff further moves, in light of the dismissal of the above named Defendants, that the case heading be amended as to remove the names of the dismissed defendants, and to read as

follows:

    Ricky Wells v. Valley Forge Insurance Company.

    Or

| | |
|---|---|
| **RICKY WELLS,**<br>    *Plaintiff*,<br>vs.<br><br>**VALLEY FORGE INSURANCE COMPANY**,<br>    *Defendant.* | **Civil Action No. 4:23-CV-143**<br>**Judge Mazzant** |

5.    Plaintiff has conferenced with Defense Counsel who is unopposed to this motion.

### PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff prays that this court dismiss all causes of action against Defendants CNA FINANCIAL CORPORATION and CNA FINANCIAL CORPORATION dba CNA with prejudice and without consideration as to costs to either party, and that the Court Amend the case heading as described above.

    Date of signing: *05/08/2023*

    Respectfully submitted,

    */s/ Jordan M. Voor*
    **David S. Kohm**
    State Bar No. 11658563
    **Jordan M. Voor**
    State Bar No. 24079526
    **DAVID S. KOHM & ASSOCIATES**

                                          1414 W. Randol Mill Road, Suite 118
                                          Arlington, Texas 76012
                                          Tel: (817) 226-8100  Fax: (817) 200-0111
                                          Email: lit-efile@attorneykohm.com

                                          ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing instrument has been e-served, mailed, faxed, or hand delivered to all attorneys of record in this cause, in compliance with the Federal Rules of Civil Procedure, on this 27th day of March, 2023.

*<u>Via Electronic Service</u>*

/s/*David S. Kohm*
**David S. Kohm**

## CERTIFICATE OF CONFERENCE

This is to certify that, in accordance with the Local Rules, the attorney for the Plaintiff has conferenced with Defense council prior to the filing of these motions.

/s/*Jordan M. Voor*
**Jordan M. Voor**
