# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| RICKY WELLS, | § | |
|     *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | |
| CNA FINANCIAL CORPORATION DBA | § | Civil Action No. 4:23-cv-143 |
| CNA and VALLEY FORGE | § | Judge Mazzant |
| INSURANCE COMPANY, | § | |
|     *Defendant.* | § | |

## ORDER

Pending before the Court are Defendant CNA Financial Corporation's Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. #10) and Plaintiff's Unopposed Partial Motion to Dismiss and Unopposed Motion to Amend the Case Heading (Dkt. #15). Defendant CNA Financial Corporation and Plaintiff reached an agreement to dismiss Defendant CNA Financial Corporation from the case with prejudice and amend the case heading to reflect only the Plaintiff and remaining Defendant Valley Forge Insurance Company. Having considered the motions, and given the agreement of the parties, the Court finds that Plaintiff's Motion (Dkt. #15) should be **GRANTED** and Defendant's Motion should be **DENIED as MOOT** (Dkt. #10).

It is, therefore, **ORDERED** that Plaintiff's Unopposed Partial Motion to Dismiss and Unopposed Motion to Amend the Case Heading (Dkt. #15) is hereby **GRANTED** and all claims against Defendant CNA Financial Corporation are hereby **DISMISSED with PREJUDICE.**

It is further **ORDERED** that Defendant CNA Financial Corporation's Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. #10) is hereby **DENIED as moot.**

    **IT IS SO ORDERED.**

**SIGNED this 6th day of June, 2023.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE