IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

RICKY WELLS,                          §
       *Plaintiff,*              §
                                      §
v.                                    §          No. 4:23-cv-00143-ALM-CAN
                                      §
VALLEY FORGE INSURANCE                §
COMPANY,                              §
       *Defendant,*             §
                                      §

## NOTICE OF SETTLEMENT

Defendant Valley Forge Insurance Company files this Notice of Settlement, and with notice to and the support of the plaintiff, Ricky Wells, and in support thereof would show the Court the following:

1.     Plaintiff Ricky Wells ("Wells") and Defendant Valley Forge Insurance Company ("Valley Forge") have reached a settlement in principle.

2.     This settlement between Wells and Valley Forge will resolve this action in its entirety.

3.     The parties agree that all pending discovery requests are withdrawn.

4.     As additional time is necessary for the parties to draft and execute settlement pleadings, as well as disburse the settlement funds, it is anticipated that all requirements of final settlement should be completed within 45 days from the date this Notice is filed with the Court, and within that time period plaintiff, Ricky Wells, intends to file the requisite dismissal pleadings with the Court

Dated:  August 2, 2023.

Respectfully submitted,

/s/ *Anthony S. Cox*
Anthony S. Cox
*Attorney-in-Charge*
State Bar No. 04935000

Corporate Litigation
CNA
700 N. Pearl Street, Suite 450
Dallas, TX 75201
Email: anthony.cox@cna.com
(214) 220-5910 – Direct Dial
(214) 220-5902 – Facsimile

**ATTORNEYS FOR DEFENDANT**
**VALLEY FORGE INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 2nd, 2023, the foregoing *NOTICE OF SETTLEMENT* was electronically filed, as required by the United States District Court for the Eastern District of Texas, Sherman Division, using the Court's CM/ECF filing system, which will provide notice and a copy of this document to the following counsel of record:

David S. Kohm
Jordan Voor
DAVID S. KOHM & ASSOCIATES
1414 W. Randol Mill Road, Suite 118
Arlington, Texas 76012
Tel: (817) 226-8100
Fax: (817) 200-0111
Email: lit-efile@attorneykohm.com
Email: Jordanmv@attorneykohm.com
*Attorneys for Plaintiff, Ricky Wells*

/s/ *Anthony S. Cox*
 Anthony S. Cox

**NOTICE OF SETTLEMENT - Page 2 of 2**